**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chad Dana Borghi, | ) | Case No. 1:21-cr-033 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Motion for Detention Review and to Amend Terms and Conditions of Detention and Release" filed by Defendant on August 24, 2022. (Doc. No. 78). On May 9, 2022, the Court conditionally released Defendant to the Bismarck Transition Center. (Doc. No. 65). Defendant requests that the Court amend his release conditions to allow him to transition out of the Bismarck Transition Center and into a residence approved by the Pretrial Services Office.

There being no objection from the United States, the Court **GRANTS** Defendant's motion (Doc. No. 78). Defendant's release conditions shall be modified as follows. Defendant shall reside at an address approved by the Pretrial Services Officer and shall not change his residence without prior approval from the Pretrial Services Officer. Defendant remains subject to all other conditions of release previously imposed by the Court.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court